UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>   Plaintiff,<br><br>  v.<br><br>RODRIGUES, et al.,<br><br>   Defendants. | Case No.: 1:14-cv-01092-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF Nos. 8, 9] |

  Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On October 6, 2014, and October 8, 2014, Plaintiff filed requests for entry of default against defendants. (ECF Nos. 8, 9.)

  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2).

  Plaintiff is advised, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will not order service of the complaint by Plaintiff or the United States Marshal

unless and until after the Court has screened the complaint and found that Plaintiff states a cognizable claim for relief.  In this case, Plaintiff's complaint is being dismissed, with leave to amend, for failure to state a cognizable claim.  Thus, at this juncture, service is not yet appropriate and defendants are not in default.  Accordingly, Plaintiff's motions for default shall be denied.

IT IS SO ORDERED.

Dated:   **October 23, 2014**

UNITED STATES MAGISTRATE JUDGE