UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>        Plaintiff,<br><br>    v.<br><br>RODRIGUES, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01092-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH A COURT ORDER<br><br>[ECF No. 11] |

   Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 28, 2014.  Local Rule 302.

   On October 24, 2014, the undersigned screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a).  Plaintiff was directed to file an amended complaint within thirty days or the action would be dismissed, with prejudice, for failure to state a cognizable claim for relief.  (ECF No. 11.)  To date, Plaintiff has failed to comply with the court order.

///

///

///

///

///

Accordingly, Plaintiff is HEREBY ORDERED to show cause within **thirty (30)** days from the date of service of this order why this action should not be dismissed as a sanction against him for failing to obey a court order and failing to prosecute this action.  <u>The failure to comply with this order, or the failure to show good cause, will result in dismissal of the action</u>.

IT IS SO ORDERED.

Dated:   **December 9, 2014**

UNITED STATES MAGISTRATE JUDGE