# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUES, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01092-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL THE COURT TO SEND A SIGNED COPY OF THE ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL<br><br>[ECF No. 27] |

    Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 1, 2015, Plaintiff filed a motion to compel requesting the Clerk of Court to send him a copy of the Court's April 2, 2015, with an original signature by the undersigned.

    Plaintiff is advised that pursuant to the Local Rules of this Court the use of electronic signatures is permitted. See Local Rules 101, 131. An electronic signature is authorized and carries the same weight as that of a handwritten signature. Thus, Plaintiff's preference for a handwritten signature provides no basis to challenge the legality and enforcement of the Court's April 2, 2015, order, and his motion to compel a copy of the order with a handwritten signature is DENIED.

IT IS SO ORDERED.

Dated: **May 4, 2015**

                                                       UNITED STATES MAGISTRATE JUDGE

1