# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUES, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01092-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO SET JURY TRIAL<br><br>[ECF No. 46] |

　　　　Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 13, 2016, Plaintiff filed a motion for the Court to set a jury trial.  (ECF No. 46.)  On May 3, 2016, Defendants filed a motion for summary judgment.  (ECF No. 44.)  The Court will accept this request as a demand for jury trial pursuant to Federal Rule of Civil Procedure 38.  To the extent Plaintiff requests an immediate trial, such request is DENIED, as the case cannot be set for jury trial until the motion for summary judgment is resolved and issues remain to be tried by a jury.

IT IS SO ORDERED.

Dated: __May 16, 2016__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1