# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUES, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01092-DAD-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO LODGE OR EMAIL COPY OF DEPOSITION |

On May 3, 2016, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition. (ECF No. 44.) Although Defendants attached a notice of lodging of deposition, the Court never received a copy of the complete deposition as required by Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge a hard copy of Plaintiff's entire deposition or email an electronic copy of the entire deposition to the email box of the undersigned within five days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 7, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE