UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE VILLANUEBA, CLAYTON NYE, LARRY HAWS, and JEFF DECOU,<br><br>　　　　　Defendants. | No. 1:14-cv-01092-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING DEFENDANTS DECOU AND NYE FROM THIS ACTION<br><br>(Doc. Nos. 44, 48, 52) |

Plaintiff Mark Schmidt is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 6, 2017, the assigned magistrate judge issued findings and recommendations pertaining to two summary judgment motions, filed by plaintiff and defendants, respectively. (Doc. No. 52.) The magistrate judge recommended that plaintiff's motion for summary judgment be denied, and that defendants' motion for summary judgment be granted in part with respect to defendants Decou and Nye, and denied in part with respect to

1

defendants Villanueba and Haws. (*Id.*) These findings and recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (*Id.*) On February 24, 2017, Plaintiff filed a statement of non-opposition to the findings and recommendations and a request for a trial by jury. (Doc. No. 53.) No other objections to the findings and recommendations were filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the plaintiff's statement of non-opposition to the findings and recommendations, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The February 6, 2017 findings and recommendations (Doc. No. 52) are adopted in full;
2. Plaintiff's motion for summary judgment (Doc. No. 48) is denied;
3. Defendants' motion for summary judgment (Doc. No. 44) is granted in part with respect to defendants Decou and Nye;
4. Because no claims remain against them, defendants Decou and Nye are hereby dismissed from this case;
5. Defendants' motion for summary judgment (Doc. No. 44) is denied in part with respect to defendants Villanueba and Haws; and
6. The matter is referred back to the assigned magistrate judge for further proceedings including the setting of schedule for the remainder of the litigation including trial.

IT IS SO ORDERED.

Dated: __**March 15, 2017**__     _____
                                  UNITED STATES DISTRICT JUDGE