UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>            Plaintiff,<br><br>      v.<br><br>VILLANUEBA, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-01092-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE CAPTION OF CASE |

Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Because this action is now proceeding to trial against Defendants Villanueba and Haws, the Clerk of Court is directed to change the caption as reflected above.

IT IS SO ORDERED.

Dated:   **March 16, 2017**

                                                   UNITED STATES MAGISTRATE JUDGE

1