

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>RODRIGUES, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01092-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARK SCHMIDT |

Plaintiff Mark Schmidt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on June 13, 2017, inmate Mark Schmidt CDCD Inmate No. B-60148, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/13/17

UNITED STATES MAGISTRATE JUDGE

1