# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHMIDT, | Case No. 1:14-cv-01092-DAD-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | (ECF No. 72) |
| EDDIE VILLANUEBA, et al., | |
| Defendants. | |

On July 12, 2017, the parties filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. The Court shall retain jurisdiction to enforce the settlement terms agreed upon at the June 13, 2017 settlement conference.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**July 13, 2017**__

UNITED STATES MAGISTRATE JUDGE

1